# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, | Case No. 3:17-cr-25 |
| - vs - | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| DONALD JENKINS-MILLS, | |
| Defendant. : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 106), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections was filed, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's request for the Court to permit him to "proceed under the Fair Sentencing Act." (ECF No. 104) is DENIED.

June 3, 2019                         *s/Thomas M. Rose
                                                         Thomas M. Rose
                                              United States District Judge